**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rafael VILLALOBOS, Defendant–**
**Appellant.**

**No. 04–40175.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 17, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Guillermo Ruben Garcia, Laredo, TX, for Defendant–Appellant.

Before BENAVIDES, CLEMENT, and PRADO, Circuit Judges.

published and is not precedent except under

PER CURIAM: *

Rafael Villalobos appeals from his guilty-plea conviction of reentry of a deported alien, in violation of 8 U.S.C. § 1326(b)(2) and 6 U.S.C. §§ 202, 557. He argues that the "felony" and "aggravated felony" provisions of 8 U.S.C. § 1326(b)(1) and (2) are unconstitutional in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000).

As Villalobos concedes, his argument that the sentencing provisions in 8 U.S.C. § 1326(b) are unconstitutional was rejected in *Almendarez-Torres,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). *Apprendi* did not overrule *Almendarez-Torres. See Apprendi,* 530 U.S. at 489-90, 120 S.Ct. 2348. This court must follow the precedent set in *Almendarez-Torres* unless the Supreme Court overrules it. *See United States v. Rivera,* 265 F.3d 310, 312 (5th Cir.2001). Villalobos's argument is foreclosed.

The judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

